IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN RAWLINS                                                                 PLAINTIFF

VS.                           CASE NO. 3:09CV00092 HDY

MICHAEL ASTRUE, Commissioner,
    Social Security Administration                              DEFENDANT

ORDER

The defendant's motion for extension of time (docket entry no. 8) is granted, and he is directed to submit his answer or otherwise respond on or before October 16, 2009.

IT IS SO ORDERED this   15   day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE